THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH JEFFREYS,<br>an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.:  5:17-cv-00089 |
| vs. | ) | |
| | ) | |
| COLUMBIA SUTTON SQUARE, LLC,<br>a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

hereby stipulate to dismiss Defendant Columbia Sutton Square, LLC with prejudice and, except

as otherwise agreed, each party shall bear its respective fees and costs.

Dated: April 24, 2017


Respectfully Submitted,

*/s/ Walter E. Daniels III*
Walter E. Daniels III, Esq., Of Counsel
N.C. State Bar Number: 27219
Daniels Law Firm, PC
14 South Pack Square, Suite 502
Asheville, North Carolina 28801
Tel: (828) 258-7022
Fax: (888) 277-2412
danielslawfirm.p.c@gmail.com

*Attorney for Plaintiff*

Respectfully Submitted,

*/s/ Nelson G. Harris*
Nelson G. Harris
N.C. State Bar No. 16660
HARRIS & HILTON, P.A.
7320 Six Forks Road, Suite 100
Raleigh, North Carolina 27615
Telephone No.: (919) 848-6164
Facsimile No.: (919) 848-6918
E-mail: Nharris@HarrisHiltonLaw.com

*Attorney for Defendant,*
*Columbia Sutton Square, LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Nelson G. Harris
HARRIS & HILTON, P.A.
7320 Six Forks Road, Suite 100
Raleigh, North Carolina 27615


By: */s/ Walter E. Daniels III*
   Walter E. Daniels III, Esq.

2